FILED

2006 SEP -7 PM 1: 52

**NUNC PRO TUNC**

SEP 6 2006

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW YANCY,<br><br>                    Plaintiff,<br>vs.<br>R. JAMES NICHOLSON, Secretary, U.S. Department of Veterans Affairs,<br><br>                    Defendant. | CASE NO. 06CV012-H (JMA)<br><br>ORDER RE PLAINTIFF'S REQUEST |

On September 6, 2006 Plaintiff submitted a request by fax that the Court advise him of the date for an appearance in this matter. The Court previously issued an order on August 15, 2006, advising the parties that Defendant's summary judgment motion was submitted on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1). (Doc. No. 22.) Furthermore, on August 31, 2006, the Court filed an order granting Defendant's motion for summary judgment. (Doc. No. 24.) Therefore, Plaintiff has no scheduled appearances before the Court. The Court will not accept any further communications by fax. Plaintiff should consult the Civil Local Rules for the appropriate filing procedure.

IT IS SO ORDERED.

Dated: 9/7/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

06cv012-h (jma)

1  **COPIES TO:**
   Robert A. Yancy
2  3220 30th Street
   San Diego, CA 92104
3
   US Attorney CV
4  US Attorney's Office, Civil Division
   Southern District of California
5  880 Front Street, Suite 6253
   San Diego, CA 92101
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To: United States Southern District Court
Re; Robert A. Yancy  vs  U.S. Department of Veterans Affairs
Case# 06CV0012-H (JMA)

To whom it may concern

Please advise me of my appearance date regarding this case

Regards
Robert A. Yancy
My Fax # 1-619-8194479
Ph. 619-804-7333