# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Yancy

                **V.**                  **JUDGMENT IN A CIVIL CASE**

Nicholson, et.al.

                      **CASE NUMBER:**   06cv0012-H

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants motion for summary judgment on plaintiff's sexual harassment and wrongful termination claims and dismisses plaintiff's claim under the Rehabilitation Act for lack of jurisdiction.............................

| October 25, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                              S/R. Rhone
                                              (By) Deputy Clerk

                                              ENTERED ON October 25, 2006